Dear, Court Commissioner                  6-10-24

My name is Latonya Hayes I am currently being held in MCIW. I have seizures & have had one back 2 back just two weeks ago. I woke up from it & had tried 2 call the officer, when I finally got her attention I was escorted 2 infirmary. Where I was told my room is extermly 2 hot so I was moved but this room is just as bad. I had got a pass from medical 2 get a loaner fan since I can't afford one but still nothing. The building I'm housed in has no air & only one fan I'm begging you 2 please move me 2 a facility. That may accommodate my health condition since my sezures are trigger by heat & there is no outlet here in this facility 4 me thank you so much 4 taking the time & hear me out. Pleas help me ASAP............

___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

JUN 13 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                        DEPUTY