FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUN 17 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY KM                    DEPUTY

Dear, Commissioner                    6-12-24

My name is Latonya Hayes I am a Federal & inmate being help at MCIW. I have had more then a couple of seizures & I have been housed since October 2023 they are not taking my health problems serious in no way or form. I'm located up stairs & have paper work stating that I am bottom bunk bottom tier. I can't go up & down the stairs do 2 me being shot three times in the head my equilibrium is off & I will fall up or going down. But the worst part of all I am housed in a condemend building there is rust on my bunk mold on the ceiling & no air. Thats bad 4 my health because my seizures are trigger by heat if I get over heated I'm falling straight out. Last time I had an seizure I threw up & went out the officer never did her rounds so I was never found. When I came 2 I called out 4 her & reported what happen was taking 2 the nursing office was told my room is 2 hot & I was moved. But this room is just as hot if not worse please move me from this facility before something worse ends up happening 2 me that I may not recover from... Sincerely

Latonya Hayes

Please help Me ASAP before its 2 late thnx